Central Watch Service, Plaintiff-Appellee, v. Goose Island Warehouse, Inc., et al., Defendant-Appellant.

On Appeal of Goose Island Warehouse, Inc., Appellant.

Gen. No. 47,329. 

First District, First Division.

June 9, 1958.

Rehearing denied July 1, 1958.

Released for publication July 18, 1958.

Melvin B. Lewis, for defendant-appellant; Director & Liebenson (Harry J. Director, Harold A. Liebenson, John E. Harris, and Edward G. Raszus, of counsel) for appellee. Opinion by JUSTICE ROBSON. Not to be published in full.